as an entirety, did not tend to show any different state of facts.

The judge should have directed a verdict in favor of the plaintiffs for the full amount of their claim. This conclusion makes it unnecessary to discuss the other branch of the case.

The judgment is reversed, and a new trial ordered.

McALVAY, MONTGOMERY, OSTRANDER, and HOOKER, JJ., concurred.

---

## DAVISON v. VALIN.

APPEAL AND ERROR — BILL OF EXCEPTIONS — NECESSITY — DISMISSAL.

> Where the record on error does not show that a bill of exceptions was settled and signed by the circuit judge the writ will be dismissed.

Error to Iosco; Connine, J. Submitted November 10, 1905. (Docket No. 118.) Decided November 21, 1905.

Assumpsit by Thomas Davison against Antime Valin for breach of a building contract. There was judgment for plaintiff, and defendant brings error. Dismissed.

*S. G. Houghton*, for appellant.

*Jahraus & Rawden*, for appellee.

PER CURIAM. An examination of the record in this case does not disclose that a bill of exceptions was settled and signed by the circuit judge. For that reason the case is dismissed, with costs in favor of the plaintiff.